Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/24/2018



KM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                         CASE NO. 17-01549-CW3-13
TANYA GAY BUSHELL                              07/24/2018
419 CEDAR POINTE PKWY
ANTIOCH, TN  37013

SSN XXX-XX-9161

---

### ORDER TO PAY TRUSTEE

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$309.50 BI-WEEKLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: TANYA GAY BUSHELL<br>CASE NUMBER: 317-01549 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101<br>         800-231-5928<br>FAX:   615-242-3241 |
|---|---|---|

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP
OF THE FIRST PAGE.

cc: TANYA GAY BUSHELL
    MARK PODIS AND ASSOCIATES
    PAID DIRECT BY DEBTOR

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.